# Exhibit A

# SBAKDL4

03/27/2017  15:46    7048461622          HOWARD_DAVENPORT                          PAGE  02/03

US
TAX
RECOVERY
PARTNERS

*Non-Invasive, Risk-Free*
*Expense Reduction*

US Tax Recovery Partners℠

1845 Sidney Baker Street
Kerrville, Texas 78028

Main: 830-315-2321
Fax: 830-257-2138
info@ustxrp.com
www.ustxrp.com

## Comprehensive Service Agreement
## Standard Terms & Conditions

US Tax Recovery Partners, LLC (Provider) proposes to provide Consulting Services to *Southern Bakeries LLC* (Client),

for Client's facility(s) located _____ *USA* .

Provider will examine, review and analyze Client's accounts payable records paid or payable by Client (ie, duplicate payments, energy, freight and parcel, fuel, taxes, telecom, waste) for unauthorized charges, credits, savings and overpayments.

If Provider identifies or obtains refunds, savings, credits, duplicate payments and/or reduces current payments, liabilities, or assessments including penalty and/or interest, (hereinafter collectively "Benefits") on Client's behalf, Client agrees to pay Provider on the following terms:

Forty percent of Benefits and/or assessment reductions (including penalty and/or interest) received from vendors and/or other billing parties. One-third of the fee is due and payable upon identification of Benefits. One-third of the fee is due and payable upon presentation of Benefits and the remaining one-third is due and payable upon receipt of Benefits. Payment of a four year extended benefit fee, equal to forty percent of identified Benefits will be billed in two equal installments: the first upon identification of Benefits and the second upon presentation of Benefits. If any Benefits are subsequently denied by vendors and/or billing parties, Provider will promptly refund any applicable fees. Provider reserves the right to defend all Benefits.

Provider is authorized to present necessary petitions, claims and/or appeals with vendors and/or other parties on Client's behalf and to consult with other parties as necessary to obtain information associated with the recovery or claim of any Benefits. Client hereby agrees to promptly forward all related correspondence and sign all necessary documents presented by Provider.

If Client obtains Benefits using Provider's work product for any locations and/or business entities, Client agrees to pay Provider as outlined herein.

All fees shall be payable to Provider, at its offices in Kerrville, Kerr County, Texas. Any amounts thirty days past due, shall accrue interest at one and one-half percent per month uncompounded until paid. The parties agree venue for any action relating to this agreement shall be in state court in Kerr County, Texas, and Texas law shall govern. Client also agrees to pay any legal and/or court fees resulting from failure of Client to make payment to Provider as set forth in this agreement. Client agrees and understands that an administrative fee of seventy-five hundred dollars will be billed immediately upon notification from client that they have opted to cancel and/or postpone the agreement prior to completion of review.

This agreement shall be binding upon and shall inure to the benefit of the successors, assigns, heirs, administrators, executors and devisees of the parties hereto; and Client shall remain liable even though ownership of the business or its assets may change. The parties represent and warrant each has read and has the authority to sign this agreement. This agreement constitutes the entire agreement between the parties and cannot be modified or amended except upon written consent of both parties.

All data furnished to Provider shall be held confidential except as may be required in the performance of this agreement.

Tentative Start Date: *June 6, 2017*

ACCEPTED:                                         ACCEPTED:

US Tax Recovery Partners, LLC (Provider)          *, Southern Bakeries, LLC* (Client)

BY: _____                              BY: _____

TITLE: *National Sale Manager*                    TITLE: *General Agent Manager*

DATE: *3/23/17*                                    DATE: *3/23/17*

MG

D. Baldwin • M. Bellanco • S. Canty • E. Casals • D. Lamirand
R. Mille • M. Rogers • T. Rons • D. Walton • R. Wood

Revised (12/19/2016)
Confidential Property of US Tax Recovery Partners, LLC

The
HJH CONSULTING
Group