IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| US TAX RECOVERY PARTNERS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. SA-19-CV-938-XR |
| SOUTHERN BAKERIES, LLC, | ) ) | |
| Defendant. | ) | |

**FIRST SUPPLEMENT TO BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND PETITION FOR ATTORNEYS' FEES**

Defendant, Southern Bakeries, LLC, submits the following exhibits as attachments to its Brief in Support of Defendant's Motion to Dismiss and Petition for Attorneys Fees:

Exhibit 1 – Plaintiff's Petition filed in *US Tax Recovery Partners, LLC v. Southern Bakeries, LLC* in Cause No. 19523B in the 198th Judicial District Court, Kerr County, Texas.

Exhibit 2 – Plaintiff's Notice of Nonsuit in state court Cause No. 19523B.

Exhibit 3 – June 26, 2019 HJH Companies press release.

Respectfully submitted,

*/s/ Richard L. Ellison*
SBOT #: 06580700
ATTORNEY FOR DEFENDANT
SOUTHERN BAKERIES, LLC

Richard L. Ellison, P.C.
500 Main St. Suite J
Kerrville, Texas 78028
Tel. 830-792-5601
Fax. 830-792-5602
rellison@richardellisonlaw.com

1

## CERTIFICATE OF SERVICE

I certify that on October 15, 2019 I filed this document with the District Clerk via the ECF system, and the Clerk will electronically forward it to opposing counsel:

Tiffanie S. Clauswitz
Rosenblatt Law Firm
17731 Huebner Rd. 78248
Tel. 210-562-2900
Fax. 210-562-2920

*/s/ Richard L. Ellison*