≡

For Immediate Release
June 26, 2019

# The HJH Companies Announces Exit from Bankruptcy and Continuing Financial Success

The HJH Consulting Group, Inc. dba The Salt Group ("HJH"), U.S. Tax Recovery Partners, LLC and B2B Prospecting, LLC (jointly, the "Company") announced the United States Bankruptcy Court for the Western District of Texas issued an order ("Order") granting Final Decree which officially closed the HJH bankruptcy filed in April 2018. As a successfully reorganized debtor, HJH must continue to fulfill the terms of the Chapter 11 Plan, but is no longer subject to the on-going oversight of the bankruptcy court.

The Company is also pleased to announce that it achieved revenues of over $800,000 in May 2019 and over $4 million for the first five months of the year. EBITDA was strong at 22% in May and year-to-date at 17%. While results cannot be compared to 2018, Revenue, Gross Margin and Operating Income continue to exceed budget. Within the first six months of 2019, the Company signed 893 contracts across 11 services. State & Local Taxation Reduction contracts accounted for 30%, Waste Expense Reduction for 19%, Telecom Expense Reduction for 16% and Energy Expense Reduction also for 16%.

"Now that the Company has successfully exited bankruptcy, it is our goal to continue growing our Expense Reduction services while continuing to maintain our position as the largest provider of State & Local Taxation Reduction services in the country" said Harlan Hall, Chief Executive Officer of The SALT Group.

About the Company:
The HJH Consulting Group, Inc. (dba The SALT Group) was founded in 1988 and quickly became the leading provider of performance-based Sales & Use Tax Refund Reviews for manufacturing companies in the United States. In 2013, U.S. Tax Recovery

Partners, LLC started providing Operating Cost & Expense Reduction services, which will continue under The HJH Consulting Group, Inc. name. U.S. Tax Recovery Partners, LLC, and B2B Prospecting, LLC are affiliated companies which will be discontinuing operations.

The Company was provided legal representation by Rosenblatt Law Firm and Willis & Wilkins, L.L.P., and financial services by Aventine Hill Partners Inc.

Privacy Policy (http://thesaltgroup.com/privacy-policy)
Arbitration Provision (http://thesaltgroup.com/arbitration-provision)